1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8
    Jose Segura Sandoval, et al.,           )        CV-11-256-PHX-ROS
9                                           )
                Plaintiffs,                 )
10                                          )
    vs.                                     )
11                                          )        **ORDER**
    Monsanto Company, et al.,               )
12                                          )
                Defendants.                 )
13                                          )
    _____)
14

15          The Court having been notified that this matter has settled in its entirety (Doc. 15);

16          **IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's

17   Office without further notice on **June 3, 2011**, unless prior thereto a request for

18   reinstatement on the Court's trial calendar is filed herein.

19          **IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate

20   should this matter fail to finalize.

21          DATED this 3rd day of May, 2011.

22

23

24

25   _____
                     Roslyn O. Silver
26               United States District Judge

27

28